# Federal Defenders
## OF NEW YORK, INC.

Eastern District
16 Court Street - 3rd Floor, Brooklyn, NY 11241
Tel: (718) 330-1200 Fax: (718) 855-0760

Leonard F. Joy
*Executive Director*

*Eastern District*
Peter Kirchheimer
*Attorney-in-Charge*

April 19, 2006

The Honorable Chief Judge Edward R. Korman
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    RE:    <u>U.S.A. v. Warren Spivack,</u> 05 CR 98

Your Honor:

    I write to request that the Court modify my client's bail conditions to include New Jersey, as he will need to attend a memorial service there. The Government has no objection to this request.

    Thank You for Your attention to this matter.

Respectfully Submitted,

JANA. ROSTAL, ESQ.
(718) 330-1207

cc: Cameron Elliot, Esq.
    AUSA
    Melissa Roman Pretrial Services Officer

*The application is granted*

*[signed] ERK*
*4/19/06*